the District of Columbia denied. *Messrs. Paul Carpenter, William H. Abbott,* and *Laurence B. Dodds* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *R. F. Whitehead* for respondent.

Nos. 734 and 735. HERMAN, EXECUTOR, *v.* HENLEY, TRUSTEE IN BANKRUPTCY. April 17, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry L. Jacobs* for petitioner. *Mr. Frank P. Barker* for respondent.

No. 737. ROGERS ET AL. *v.* MONTGOMERY WARD & Co. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. E. L. Gavin, H. M. Jackson,* and *W. H. Yarborough* for petitioners. *Mr. Wm. Nevarre Cromwell* for respondent.

No. 743. RANDOLPH LUMBER Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William S. Bennet* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 744. MATHEWSON, ADMINISTRATOR, ET AL. *v.* FIRST TRUST Co. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth